CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 17 2009

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) Case No. 7:05CR00102 |
|  | ) (Case No. 7:09CV80174) |
| v. | ) |
|  | ) **FINAL JUDGMENT AND ORDER** |
|  | ) |
| COBEY D. WEBB, | ) By: Glen E. Conrad |
|  | ) United States District Judge |
| Defendant. | ) |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED** as untimely and without merit, and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this judgment and order to the defendant.

ENTER: This 16th day of September, 2009.

_____
United States District Judge