CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 10 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal Action No. 7:05CR00102 |
| v. | ) |
| | ) **ORDER** |
| COBEY DARON WEBB, | ) |
| | ) By: Hon. Glen E. Conrad |
| Defendant. | ) Senior United States District Judge |

On February 13, 2019, the defendant filed a motion for reduction of sentence under the First Step Act. A hearing on the motion is currently scheduled for April 10, 2019. On April 8, 2019, the defendant filed a motion for production of documents relevant to the offense conduct described in paragraphs 14 and 15 of the defendant's presentence report, including grand jury transcripts. The government filed a response in opposition to the defendant's motion.

After conducting an in camera review of the requested grand jury transcripts, the court finds no persuasive basis for their disclosure. The court believes that paragraphs 14 and 15 of the presentence report are consistent with and track the information contained in the grand jury transcripts. Accordingly, it is hereby

**ORDERED**

that the defendant's motion for production of documents (Dkt. No. 108) is **DENIED**.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This 10th day of April, 2019.

/s/ Glen E. Conrad
Senior United States District Judge